# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>  Plaintiff<br><br>v.<br><br>COLLINS, et al.,<br><br>  Defendants | Case No.: 3:23-cv-00272-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 26 |

Defendant Collins filed his motion for summary judgment on May 30, 2025. (ECF Nos. 26, 26-1 to 26-5, 28-1.) On June 2, 2025, District Judge Traum issued an order giving Plaintiff 21 days to file his response to the motion for summary judgment. (ECF No. 30.)

To date, Plaintiff has not filed a response to the motion. Plaintiff has up to and including **July 22, 2025**, to file his response to the motion for summary judgment. If he fails to do so, the court will consider the motion unopposed and will proceed with issuing a report and recommendation on the motion.

**IT IS SO ORDERED**.

Dated: July 1, 2025

_____
Craig S. Denney
United States Magistrate Judge