UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>   Plaintiff,<br> v.<br>COLLINS,<br><br>   Defendant. | Case No. 3:23-cv-00272-ART-CSD<br><br>ORDER |

Mr. Scott asserts a claim under the Eighth Amendment for deliberate indifference to medical needs against Defendant Collins. (ECF No. 7.) Mr. Scott alleges that Collins forced Mr. Scott to wear full-body restraints while showering despite being classified as a level-5 fall risk. (*Id.*)

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 26). Mr. Scott did not respond. United States Magistrate Judge Craig S. Denney issued a Report and Recommendation ("R&R") granting the motion. (ECF No. 34.) Mr. Scott filed an Objection after the deadline to object, requesting more time to file an opposition to the Motion for Summary Judgment. (ECF No. 36.)

**I. Analysis**

Mr. Scott is delayed on two of his filings: first, his opposition to the Defendant's Motion for Summary Judgment, which was due by July 22, 2025, (ECF No. 31), and second, his Objection to the R&R, which was due August 13, 2025. (ECF No. 34). In his Objection, Mr. Scott claims that he did not respond to the Motion for Summary Judgment in time because of medical issues. (*Id.*) He also says that he did not receive the R&R until August 21, 2025, more than a week after the objection deadline. (ECF No. 36.) His Objection does not include any legal analysis or objection to the actual contents of the R&R.

1

**II.    Conclusion**

It is therefore ordered that a decision on the R&R granting summary judgment (ECF No. 34) is deferred insofar as Mr. Scott has an opportunity to respond to its contents. (ECF No. 26.) Mr. Scott will have until December 5, 2025, to file an objection to the R&R.

Dated this 21st day of November, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE