UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

                    Plaintiff,

        v.

COLLINS,

                    Defendant.

Case No. 3:23-cv-00272-ART-CSD

ORDER

Mr. Scott asserts a claim under the Eighth Amendment for deliberate indifference to medical needs against Defendant Collins. (ECF No. 7.) Mr. Scott alleges that Collins forced Mr. Scott to wear full-body restraints while showering despite being classified as a level-5 fall risk. (*Id.*)

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 26). Mr. Scott did not respond. United States Magistrate Judge Craig S. Denney issued a Report and Recommendation ("R&R") granting the motion. (ECF No. 34.) Mr. Scott filed an Objection after the deadline to object, requesting more time to file an opposition to the Motion for Summary Judgment, but failing to present any arguments. (ECF No. 36.) The Court gave Mr. Scott two weeks to file an objection to the R&R that address its arguments. (ECF No. 38.) That objection was due on December 5, 2025. (*Id.*) On December 15, 2025, that Order was returned as undeliverable. (ECF No. 39.)

It is therefore ordered that Mr. Scott has two weeks, until January 29, 2026, to update his address and file an objection to the outstanding R&R. Should Mr. Scott fail to respond, this action will be dismissed without prejudice. LR IA 3-1.

//

1

//

Dated this 15th day of January, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE