UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III, | Case No. 3:23-cv-00272-ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| COLLINS, | |
| Defendant. | |

Mr. Scott asserts a claim under the Eighth Amendment for deliberate indifference to medical needs against Defendant Collins. (ECF No. 7.) Mr. Scott alleges that Collins forced Mr. Scott to wear full-body restraints while showering despite being classified as a level-5 fall risk. (*Id.*)

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 26). Mr. Scott did not respond. United States Magistrate Judge Craig S. Denney issued a Report and Recommendation ("R&R") granting the motion. (ECF No. 34.) Mr. Scott filed an Objection after the deadline to object, requesting more time to file an opposition to the Motion for Summary Judgment. (ECF No. 36.) The Court ordered Mr. Scott to file an objection to the R&R on the merits on November 21, 2025. (ECF No. 38.) That order was returned as undeliverable on December 15, 2025. (ECF No. 39.) On January 15, 2026, the Court ordered Mr. Scott to update his address and file an objection to the R&R by January 29, 2026, or the action will be dismissed without prejudice pursuant to Local Rule IA 3-1. (ECF No. 40.) Mr. Scott has not updated his address nor objected to the R&R.

It is therefore ordered that this action is DISMISSED without prejudice.

It is further ordered that the Report and Recommendation (ECF No. 34) is DENIED as moot.

1

It is further ordered that the Motion for Summary Judgment (ECF No. 26) is DENIED as moot.

The Clerk is kindly ordered to close the case.

Dated this 30th day of January, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2